**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Katherine Hurtado-Cassone,

                                        Plaintiff(s),


                    -against-


East Ramapo Central School District,et al.,
                                        Defendant(s).
------------------------------------------------------------------X

**ORDER RE**
**SETTLEMENT CONFERENCE**
**PROCEDURES**

**7:24-cv-6632 PMH**

**VICTORIA REZNIK, United States Magistrate Judge:**

        This matter is scheduled for a remote settlement conference on the Teams

videoconferencing platform before Magistrate Judge Victoria Reznik on **April 23, 2025 at 2:30**

**pm.** Counsel will be provided with the Teams links by email before the conference. The

following procedures shall apply.

        1.  **Confidentiality.** All settlement conferences are "off the record" and strictly

confidential. All communications relating to settlement may not be used in discovery and will

not be admissible at trial.

        2.  ***Ex parte* letter submissions.** No later than five (5) business days before the

conference, counsel for each party must send the Court <u>by e-mail </u>an *ex parte* letter, marked

"Confidential Material for Use Only at Settlement Conference," which should not be served on

the other parties or filed on ECF. The letter should be sent by e-mail to

<u>ReznikNYSDChambers@nysd.uscourts.gov</u>.

        The *ex parte* letter must not exceed ten (10) pages in length (not including exhibits)

unless permission to do so has been granted by the Court. The letter should include, at a

minimum, the following: (1) the history of settlement negotiations, if any, including any prior

offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of

the settlement value of the case and the rationale for it; (4) any case law authority in support of

the party's settlement position; and (5) any other facts that would be helpful to the Court in

preparation for the conference.  If a letter is accompanied by attachments exceeding ten (10)

pages in length, the submitting party shall hand deliver a hard copy of the letter plus attachments to the Court.

3. **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement demand, such a demand must be communicated to the opposing party **no later than 14 days before the conference (April 9, 2025)**. If it has not already done so, the opposing party shall respond to any demand **no later than 7 days thereafter (April 16, 2025).**. The parties should not wait for the settlement conference to start negotiations of a resolution of their dispute.

4. **Attendance.** It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf of each party must attend the settlement conference or otherwise be available by phone to approve any proposed settlement. Any party who fails to comply with the attendance requirements may be required to reimburse all other parties for their time and travel expenses, if any, and may face other sanctions.

**SO ORDERED.**

DATED:      White Plains, New York
            February 18, 2025

VICTORIA REZNIK
United States Magistrate Judge