UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE HURTADO-CASSONE,<br><br>       Plaintiff,<br><br>-against-<br><br>EAST RAMAPO CENTRAL SCHOOL DISTRICT; KAREN J. PINEL; LOUIS FATTA,<br><br>       Defendants. | **ORDER**<br><br>24-CV-6632 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
    July 31, 2025

                   _____
                   Philip M. Halpern
                   United States District Judge